**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IN RE:        Lisa M. McConaghy                    BK. NO. 18-10155
                                                   Chapter 13

**DEBTOR'S OBJECTION TO MOTION FOR RELIEF**
**FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")**
**C/O SETERUS, INC.**

Now comes the Debtor, Lisa M. McConaghy, by her attorney, John S. Simonian, and hereby objects to the Motion for Relief from Stay filed by Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., on the following grounds:

The Debtor will file an amended Plan to cure the mortgage arrears.

WHEREFORE, the Debtor respectfully requests this Honorable Court to deny the Motion for Relief from Stay filed by Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., for the reasons stated *supra*.

Debtor, by her Attorney
**Lisa M. McConaghy**


/s/ John S. Simonian
**John S. Simonian, Esq., #4694**
PO Box 2, Pawtucket, RI  02862
401/941-4800
401/785-8313 (fax)
jslaw@cox.net

**CERTIFICATE OF SERVICE**

The undersigned (Attorney for the "Debtor") hereby certifies that on the 26th day of December, 2018, a copy of the within Objection to Motion for Relief was served to the following:

| | |
|---|---|
| John Boyajian, Esq. | Counsel for Movant |
| Chap 13 Trustee | Michael E. Swain, Esq. 8190 |
| *Via Electronic Notice of Filing* | Orlans PC |
| | *Via Electronic Notice of Filing* |

/s/ John S. Simonian
**John S. Simonian**