*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: Lisa M. McConaghy | BK No. 1:18−bk−10155 |
| Debtor(s) | Chapter 13 |

### ORDER GRANTING MOTION TO CONTINUE HEARING AND NOTICE OF HEARING RESCHEDULED TO 2/13/2019

Hearing continued to 2/13/2019 at 10:00 AM at 6th Floor Courtroom.
RE: 26 Motion for Relief From Stay filed by Federal National Mortgage Association
32 Objection filed by Debtor.

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

Participants should plan on arriving at the Federal Center building at least 20−30 minutes in advance of the scheduled hearing in order to be processed through building security. You must bring this notice in order to use the appointment line for quicker processing.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **1/15/19**

Entered on Docket: **1/15/19**
Document Number: **35 − 26, 32, 34**

145a.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*